# SHAKED LAW GROUP, P.C.
ATTORNEYS-AT-LAW
14 HARWOOD COURT, SUITE 415
SCARSDALE, NEW YORK 10583

_____

TEL. (917) 373-9128
ShakedLawGroup@Gmail.com

November 8, 2022

**VIA ELECTRONIC FILING**
Hon. Vera M. Scanlon
Magistrate Judge, United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Rasheta Bunting v. Six and Ait Inc.
      1:22-cv-4554-CBA-VMS
      Status Report

Dear Judge Scanlon,

     We represent the Plaintiff in the above-referenced matter. On September 21, 2022 Defendant was served with the Summons and Complaint [Docket #6]. We have not heard from the Defendant at all. In addition to serving the Defendant, I attempted to communicate with them by email and letter correspondence. To date, none of those efforts have been successful. If we do not hear from Defendant, we plan on applying for an entry of default no later than November 23, 2022.

     Thank you for your attention to this matter.

                                                      Respectfully submitted,
                                                      */s/Dan Shaked*
                                                      Dan Shaked, Esq.