UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RASHETA BUNTING, Individually and as the representative of a class of similarly situated persons,<br><br>      *Plaintiff*,<br><br>    v.<br><br>SIX AND AIT INC.,<br><br>      *Defendants.* | Civil Action No. 1:22-cv-04554-CBA-VMS<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING** |

It is hereby stipulated by and between the attorneys for Plaintiff, RASHETA BUNTING, individually and as the representative of a class of similarly situated persons ("Plaintiff"), and Defendant SIX AND AIT INC. ("Defendant"), as follows:

1. The time for Defendant to answer or move with respect to Plaintiff's Amended Complaint (*DE* #14) in the above-captioned lawsuit is hereby extended until and through January 16, 2022.

2. A faxed or emailed copy of this Stipulation, including the signatures of the undersigned attorneys, shall be deemed to be an original copy, for all purposes.

3. This Stipulation may be signed in counterparts.

Dated: New York, New York
   January 5, 2023

| | |
|---|---|
| SHAKED LAW GROUP, P.C. | THOMPSON & SKRABANEK, PLLC |
| By:<br> /s/ Dan Shaked<br>Dan Shaked, Esq.<br>14 Harwood Court, Suite 415<br>Scarsdale, NY 10583 | By: *[signature]*<br>_____<br>J.R. Skrabanek, Esq.<br>42 W. 38th Street, Suite 1002<br>New York, NY 10018 |

1

Tel: (917) 373-9128  Tel: (646) 568-4280
ShakedLawGroup@Gmail.com  jrs@ts-firm.com
*Attorneys for Plaintiff*  *Attorneys for Defendant*

SO ORDERED this _____ day of _____, 2023.

_____
UNITED STATES MAGISTRATE JUDGE